**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

1836662

FILED
NOV 19 2004
MICHAEL GANS
CLERK OF COURT

**William K. Suter**
Clerk of the Court
(202) 479-3011

November 15, 2004

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-127(2) ADM/AJB

Re: Joseph Paul Biernat
v. United States
No. 04-646
(Your No. 03-2255/03-2459)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 10, 2004 and placed on the docket November 15, 2004 as No. 04-646.

Sincerely,

**William K. Suter**, Clerk

by [signature]

Heather Trant
Case Analyst

FILED NOV 24 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

RECEIVED
NOV 19 2004
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 22, 2004

RECEIVED
BY MAIL
NOV 24 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
708 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: 03-2255/2459 United States vs. Joseph Paul Biernat

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms

Enclosure

District Court/Agency Case Number(s): CR 02-127(2) ADM/AJB

District Court/Agency Case Number(s): CR 02-127-02 ADM/AJB