RECEIVED
JUL 25 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

1545975

FILED
DEC 17 2004

December 13, 2004

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-127(2) ADM/AJB

Re: Joseph Paul Biernat
v. United States
No. 04-646
(Your No. 03-2255, 03-2459)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

SCANNED
JUL 25 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
DEC 17 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT