UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No.: 02-127 (ADM/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DISMISSAL** |
| v. | ) | **(COUNT EIGHT OF SECOND** |
| | ) | **SUPERSEDING INDICTMENT)** |
| JOSEPH PAUL BIERNAT, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and Assistant United States Attorney David Genrich, hereby dismisses Count 8 of the Second Superseding Indictment filed in the above-captioned matter. The dismissal of Count 8 is based upon the exhaustion of defendant's direct appeal remedies.

Dated: December 1, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ David M. Genrich
BY: DAVID M. GENRICH
Assistant U.S. Attorney
Attorney ID No. 0281311