# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005 I served, or caused to be served, the following documents:

**DISMISSAL (COUNT EIGHT OF SECOND SUPERSEDING INDICTMENT)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Janice M. Symchych, Esq.
220 Sixth Street South
600 Pillsbury Center, South Tower
Minneapolis, MN 55402-1498

THOMAS B. HEFFELFINGER
United States Attorney

s/ Nichol Berg
BY: NICHOL BERG
Legal Assistant