UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH PAUL BIERNAT,

Defendant.

ORDER

Criminal No. 02-127(ADM/AJB)

---

Based upon the Notice of Dismissal of Count 8 of the Second Superseding Indictment in the above titled matter IT IS HEREBY ORDERED that Count 8 dismissed. This Clerk is directed to now close this case.

Dated: December 2, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT