RECEIVED
APR 23 2007
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
JOSEPH PAUL BIERNAT

**EXHIBIT LIST**

CASE NUMBER: Cr. 02-127 (ADM/AJB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Ann D. Montgomery | Mark Larsen, AUSA | Janice Symchych |
| TRIAL DATE(S) November 4, 2002 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 1 | | 11/7 | ✓ | ✓ | Constitution of the United Association, etc. (Plumbers and Pipefitters) |
| 2 | | 11/7 | ✓ | ✓ | Local By-laws (Plumbers Union Local 15) |
| 3 | | 11/6 | ✓ | ✓ | Blue Notebook labeled "Targeting" |
| 4 | | 11/6 | ✓ | ✓ | Monthly Meeting Minutes |
| 5 | | | | | Unemployment Lists |
| 6 | | | | | **Local 15 Records from Subpoena** |
| 6.1 | | 11/6 | ✓ | ✓ | Campaign Finance Reports of Receipts and Expenditures, 1999 |
| 6.2 | | 11/6 | ✓ | ✓ | June 2, 1997 letter from Hennepin County to Thomas J. Martin re: contribution limits with amended statutes |
| 6.3 | | 11/6 | ✓ | ✓ | January 13, 1997 letter to Minnesota Ethical Practices Board |
| 6.4 | | 11/6 | ✓ | ✓ | COPE 1997 Won/Lost Sheet |
| | | | | | |
| | | | | | |
| 7 | | | | | **Local 15 Record from Search Warrant** |
| 7.1 | | 11/6 | ✓ | ✓ | Draft of March 13, 2001 letter to Mayor Sharon Sayles Belton |
| 7.2 A | | 11/6 | ✓ | ✓ | Photographs of Thomas Martin's Office |
| 7.2 B | | 11/6 | ✓ | ✓ | " |
| 8 | | | | | **Norblom Plumbing-File** |
| 8.1 | | | | | **March 1999 Biernat Job Documents** |

NOV 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK
SCANNED
APR 24 2007
U.S. DISTRICT COURT ST. PAUL

209

# EXHIBIT LIST - CONTINUATION

| United States of America | vs. THOMAS J. MARTIN | CASE NO. 02-127 (ADM/AJB) |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 8.1.1 | | 11/5 | ✓ | ✓ | 3/17/99 Invoice and Job Sheet bearing handwritten notes |
| 8.1.2 | | 11/5 | ✓ | ✓ | 3/30/99 Invoice and 3/23/99 Invoice bearing handwriting and list of parts and equipment |
| 8.1.3 | | 11/5 | ✓ | ✓ | 4/30/99 Handwritten Norblom Invoice |
| 8.1.4 | | 11/5 | ✓ | ✓ | QuickReport for 1999 |
| 8.1.5 | | 11/5 | ✓ | ✓ | Deposit Ticket |
| 8.1.6 | | 11/5 | ✓ | ✓ | Screenprint |
| | | | | | |
| 9 | | | | | **Norblom Plumbing Documents** |
| 9.1 | | 11/5 | ✓ | ✓ | Bill Payment Stub and $390 check, paid to Daystar Electric (3 pgs) |
| 9.2 | | 11/5 | ✓ | ✓ | Bill Payment Stub and $7,784.28 check paid to Pipeline Supply |
| 9.3 | | 11/5 | ✓ | ✓ | Folded Pipeline Supply invoice to Jeff Norblom Plumbing |
| 9.4 | | 11/5 | ✓ | ✓ | 8/10/99 water heater invoice and attachments |
| 9.5 | | 11/5 | ✓ | ✓ | 8/7/01 Invoice No. 64469 re water heater and attachments |
| 9.6 | | 11/5 | ✓ | ✓ 11/6 | Jeff Norblom's Application for Plumbers Examining Board |
| | | | | | |
| | | | | | |
| 10 | | | | | **Norblom Plumbing Printed Invoices** |
| 10.1 | | 11/5 | ✓ | ✓ | 8/10/99 Invoice No. 35816 re Biernat |
| 10.2 | | 11/5 | ✓ | ✓ | 8/3/01 Invoice No. 64366 re Biernat |
| 10.3 | | 11/5 | ✓ | ✓ | 8/7/01 Invoice No. 64499 re Biernat |
| 10.4 | | 11/5 | ✓ | ✓ | 2/3/99 Invoice No. 29473 re Hinton |
| | | | | | |

## EXHIBIT LIST - CONTINUATION

| vs. | | CASE NO. |
|---|---|---|
| United States of America | THOMAS J. MARTIN | 02-127 (ADM/AJB) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| | | | | | |
| 11 | | | | | **Local 15 Records from Search Warrant** |
| 11.1 | | 11/6 | ✓ | ✓ | File of 1999 Target Recall Sheets, DOL Subpoena and copy of $6,540 check |
| 11.2 | | 11/6 | ✓ | ✓ | May 20, 1999 letter to The Honorable Joe Biernat, Chair, signed by Merwyn Larson, with attachment 4pgs |
| 11.3 | | 11/6 | ✓ | ✓ | October 28, 1999 letter to The Honorable Joe Biernat, Chair, signed by John Berquist, with attachment |
| 11.4 | | 11/6 | ✓ | ✓ | Plumber Union No. 15 memo to All Local #15 Journeymen, attaching Proposed Amendment of Local 15 By-Laws |
| 11.5 | | 11/6 | ✓ | ✓ | February 8, 1999 letter to Niland and McDonald |
| 11.6 | | 11/6 | ✓ | ✓ | January 15, 1999 letter to "Councilperson" |
| 11.7 | | 11/6 | ✓ | ✓ | Document captioned "The Use of Funds for Target Jobs" |
| 11.8 | | 11/6 | ✓ | ✓ | Highlighted Municipal Ordinances |
| 11.9 | | 11/6 | ✓ | ✓ | March 31, 1998 letter to Mayor and Councilperson Cherryhomes |
| 11.10 | | 11/6 | ✓ | ✓ | February 7, 2000 letter to Joseph Biernat from Merwyn Larson |
| | | | | | |
| | | | | | |
| 12 | | | | | **City of Minneapolis certified records** |
| 12.1 | | 11/7 | ✓ | ✓ | 3/17/99 Public Safety and Regulatory Services Committee minutes |
| 12.2 | | 11/7 | ✓ | ✓ | 3/26/99 City Council minutes |

# EXHIBIT LIST - CONTINUATION

| United States of America | vs. | THOMAS J. MARTIN | CASE NO. 02-127 (ADM/AJB) |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 12.3 | | 11/7 | ✓ | ✓ | 3/17/99 Public Safety and Regulatory Services Committee Agenda |
| 12.4 | | 11/7 | ✓ | ✓ | Petition regarding Plumbers Examining Board |
| 12.5 | | 11/7 | ✓ | ✓ | 3/26/99 Minneapolis City Council Agenda |
| 12.6 | | 11/13 | ✓ | ✓ | Information Sheet re: Exam Bd of Plumbers/Gasfitters |
| | | | | | |
| 13 | | | | | **Pipeline Supply Documents** |
| 13.1 | | 11/6 | ✓ | ✓ | Invoice to Norblom Plumbing |
| 13.2 | | 11/6 | ✓ | ✓ | Invoice to Norblom Plumbing with Kohler billing information attached re: Check No. 54156 |
| 13.3 | | 11/6 | ✓ | ✓ | Kohler billing information re Check No. 54605 |
| 13.4 | | 11/6 | ✓ | ✓ | Delta Faucet billing information re Check No. 52974 |
| 13.5 | | 11/6 | ✓ | ✓ | Delta Faucet billing information re Check No. 55994 |
| 13.6 | | 11/6 | ✓ | ✓ | Insinkerator Div. billing information re Check No. 54692 |
| 13.7 | | 11/6 | ✓ | ✓ | Dearborn Brass information re Check No. 54667 |
| | | | | | |
| | | | | | |
| 14 | | | | | **Minnesota Building Trades Federal Credit Union** |
| 14.1 | | 11/5 | ✓ | ✓ 11/7 | $2,700 Plumbing Industry Advancement Program check to Norblom Plumbing (Biernat) |
| | | | | | |
| | | | | | |
| 15 | | | | | **Local 15 Records** |

## EXHIBIT LIST - CONTINUATION

| vs. | | CASE NO. |
|---|---|---|
| United States of America | THOMAS J. MARTIN | 02-127 (ADM/AJB) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| **15.1** | | | | | **Biernat Documents** |
| 15.1.1 | | 11/6 | ✓ | ✓ | Letter from Tom Martin to Joseph Biernat dated October 22, 1997 |
| 15.1.2 | | 11/7 | ✓ | ✓ | Target Request Recall Sheet No. 1236, Invoice 1410 (Biernat), including check stub |
| 15.1.3 | | 11/7 | ✓ | ✓ | Three page fax from Pam Wrolstad (Local 15) to Mary Agnew (DOL) |
| | | | | | |
| | | | | | |
| **16** | | | | | **Handwritten Statements** |
| 16.1 | | 11/8 | ✓ | ✓ | 3/7/02 handwritten statement |
| 16.2 | | 11/8 | ✓ | ✓ | 3/8/02 handwritten statement |
| 16.3 | | 11/8 | ✓ | ✓ | Handwritten Sketch |
| | | | | | |
| | | | | | |
| **17** | | | | | **Tapes** |
| 17.1 | | 11/8 | ✓ | ✓ | First 3/7/02 telephone message and transcript (audiotape) |
| 17.2 | | | | | Second 3/7/02 telephone message and transcript (audiotape) |
| 17.3 | | | | | HCMC Cafeteria (videotape) |
| | | | | | |
| | | | | | |
| **18** | | | | | **Qwest Document** |
| 18.1 | | 11/13 | ✓ | ✓ | Billing and toll statement for Account No. (612) 331-5181 739 for period February 28, 2002 through March 23, 2002 |
| | | | | | |
| | | | | | |

## EXHIBIT LIST - CONTINUATION

| | | |
|---|---|---|
| United States of America | vs. THOMAS J. MARTIN | CASE NO. 02-127 (ADM/AJB) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| **19** | | | | | **Subpoena** |
| 19.1 | | 11/13 | ✓ | ✓ | Grand jury subpoena directed to Sophie Biernat and Order |
| 19.2 | | 11/13 | ✓ | ✓ | Produced documents (8) |
| | | | | | |
| | | | | | |
| **20** | | | | | **Seitz Bros. Records** |
| **20.1** | | | | | **1993 Biernat Job** |
| 20.1.1 | | 11/13 | ✓ | ✓ | Copy 6/9/93 Time Card |
| | | | | | |
| | | | | | |
| **21** | | | | | **Hokanson Document** |
| 21.1 | | | | | May 2, 2002 letter to Federal Bureau of Investigation |
| | | | | | |
| | | | | | |
| **22** | | | | | **City of Minneapolis Records** |
| 22.1 | | 11/12 | ✓ | ✓ | Examining Board Applications and related notes |
| 22.2 | | 11/13 | ✓ | ✓ | Bolt Electric Permit |
| 22.3 | | 11/12 | ✓ | ✓ | City of Minneapolis Ordinances |
| 22.4 | | 11/7 | ✓ | ✓ | Biernat's Statements of Economic Interest for period 1/93 through 3/31/02 |
| 22.5 | | [illegible] | [illegible] | ✓ | Rental License apps |
| | | | | | |
| **23** | | | | | **Hennepin County Documents** |

## EXHIBIT LIST - CONTINUATION

| | | |
|---|---|---|
| vs. | | CASE NO. |
| United States of America | THOMAS J. MARTIN | 02-127 (ADM/AJB) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 23.1 | | 11/13 | ✓ | ✓ | Campaign Finance Report of Receipts and Expenditures for Biernat for City Council for 1/93 through 12/01. |
| 23.2 | | 11/13 | ✓ | ✓ | Campaign Finance Report of Receipts and Expenditures for Plumbers Union Local 15 COPE Account for 1/94 through 8/27/02, with registration and statement of organization |
| 23.3 | | 11/13 | ✓ | ✓ | Deeds & Real Est. Records + Henn Cty letter |
| | | | | | |
| **24** | | | | | **Internal Revenue Service Documents** |
| 24.1 | | 11/13 | ✓ | | U. S. Individual Income Tax Return, 1999 |
| 24.2 | | ~~11/13~~ | ✓ | | U. S. Individual Income Tax Return, 2000 |
| 24.3 | | ~~11/13~~ | ✓ | | U. S. Individual Income Tax Return, 2001 |
| | | | | | |
| | | | | | |
| **25** | | | | | **Department of Labor Documents** |
| 25.1 | | 11/13 | ✓ | ✓ | Department of Labor subpoena to Local 15 |
| | | | | | |
| | | | | | |
| 26 | | 11/13 | ✓ | ✓ | Summary Folders of Key Documents |
| | | | | | |
| | | | | | |
| 27 | | 11/13 | ✓ | 1 | Exhibit List |
| 28 | | 11/6 | ✓ | ✓ | List of Interview Questions (Fagan) |
| ~~29~~ | | ~~11/6~~ | ✓ | | ? → never offered; Number abandoned |
| 30 | | | ✓ | | Excerpt of 6-2-99 Minutes |
| 29 | | 11/13 | ✓ | ✓ | Ledger |
| 31 | | 11/14 | ✓ | ✓ | 3-5-98 Ordinance |

AO 187 (Rev. 7/87) Exhibit and Witness

# United States District Court

DISTRICT OF MN

State and United States

V.

Joseph Paul Pierrat

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 02-127

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann D. Montgomery | Mark Larsen | Daniel Scott |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | Tim Willette | Aleta Simon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 32 | | 11/14 | | | Excerpt of agenda |
| 33 | | 11/18 | | | Letter |
| | | | | | EXhibits Returned to USA |
| | | | | | Received by: [signature] David M. Genrich Date: 4-23-07 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.