UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS JAMES MARTIN,
JOSEPH PAUL BIERNAT,
and JOSEPH WILLIAM MARTIN,

Defendants.

File No. CR02-127(2) (ADM/AJB)

**DEFENDANT BIERNAT'S AMENDED PROPOSED EXHIBIT LIST**

[redacted]

| PRESIDING JUDGE: | COUNSEL FOR UNITED STATES: | COUNSEL FOR DEFENDANT BIERNAT: |
|---|---|---|
| The Honorable Ann D. Montgomery | AUSA Mark Larsen | Dorsey & Whitney LLP<br>Janice M. Symchych<br><br>**COUNSEL FOR DEFENDANT MARTIN:**<br>Robert Malone, Esq. |

| *Def. Biernat Exh. No.* | *Def. Martin Exh. No.* | *U.S.A. Exh. No.* | *Offered* | *Objection* | *Received* | *Description* |
|---|---|---|---|---|---|---|
| 1 | | | 11/14 | | ✓ | 3/11/99 Letter to J. Biernat Nominating Plumber Board Members |
| 2 | | | | | | Minneapolis Ordinance re Plumber Board Makeup and Duties |
| 3 =11 22.1 | | | 11/14 | | | Applicant Packet for 1999 Plumber Board Vacancies (Eight Apps.) |
| 4 | | | 11/14 | | ✓ | 3/17/99 PS&RS Committee Agenda |

SCANNED
MAY 22 2007
U.S. DISTRICT COURT ST. PAUL

210

FILED NOV 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| Def. Biernat Exh. No. | Def. Martin Exh. No. | U.S.A. Exh. No. | Offered | Objection | Received | Description |
|---|---|---|---|---|---|---|
| 5 | | | | | | 1/3/97 Letter to M. Larson from T. Martin |
| 6 | | | 11/14 | ✓ | ✓ | Federal Civil Complaint in Standard Heating v. Minneapolis (first page only) |
| 7 | | | | | | 1/27/97 Letter from Local 15 to Mayor Sayles Belton re Intervention Request in Suit |
| 8 | | | | | | 3/23/98 Trade Journal Article re Standard Heating Lawsuit |
| 9 | | | | | | 1998 Amended Ordinance re Licensing Boards |
| 10 | | | 11/14 | ✓ | ✓ | 1/15/99 Memo from M. Larson to Mayor Sayles Belton re Licensing Board Issues (redacted form) |
| 11 | | | | | | Stipulation for Dismissal of Standard Heating Suit |
| 12 | | | | | | 2/11/99 U.S. District Court Dismissal |
| 13 | | | 11/14 | ✓ | ✓ | 2/12/99 L. McDonald Memo re Plumber Licensing Board Issue |
| 14 | | | 11/14 | ✓ | ✓ | 3/3/99 L. McDonald Memo re Plumber Licensing Board Issue |
| 15 | | | 11/14 | ✓ | ✓ | 4/26/99 L. McDonald Memo re Plumber Licensing Board Issue |
| 16 | | | 11/14 | ✓ | ✓ | 5/20/99 M. Larson Memo to J. Biernat re Plumber Licensing Issue |
| 17 | | | 11/14 | | ✓ | 6/2/99 PS&RS Committee Agenda, with L. McDonald |

| *Def. Biernat Exh. No.* | *Def. Martin Exh. No.* | *U.S.A. Exh. No.* | *Offered* | *Objection* | *Received* | *Description* |
|---|---|---|---|---|---|---|
| | | | | | | MOU re Plumber Licensing Issue |
| 18 | | | 11/14 | | ✓ | 6/2/99 PS&RS Minutes re L. McDonald MOU |
| 19 | | | | | | 6/11/99 Petition re Amendment to Ordinance re Plumber Licensing Issue |
| 20 | | | | | | 10/28/99 Letter from J. Bergquist to J. Biernat re Inspection Dept. Changes |
| 21 | | | | | | 1/26/00 Memo from MMCA to J. Biernat re Inspection Dept Changes & 2/7/00 Response |
| 22 | | | | | | 10/16/00 Letter from IBEW to M. Larson re Superinspector |
| 23 | | | | | | 3/26/01 Letter from Local 15 to Mayor Sayles Belton |
| 24 | | | | | | 8/10/94 Letter from M. Larson to J. Biernat |
| 25 | | | | | | 11/28/94 Letter from M. Larson to T. Hansen, Local 15 |
| 26 | | | 11/13 | | ✓ | Campaign Invitations to Local 15 |
| 27 | | | 11/7 | | ✓ | Packet of Local 15 Political Contribution Check Stubs |
| 28 | | | 11/7 | ✓ | ✓ 11/14 | Local 15 COPE Filings |
| 29 | | | 11/14 | ✓ | ✓ | 1997 Building Trades Political Endorsements |
| 30 | | | | | | 1999 Local 15 COPE List |

| *Def. Biernat Exh. No.* | *Def. Martin Exh. No.* | *U.S.A. Exh. No.* | *Offered* | *Objection* | *Received* | *Description* |
|---|---|---|---|---|---|---|
| 31 | | | 11/7 | Sustained | | August 1998 Corp. Report Article on Target Fund Programs |
| 32 | | | | | | Local 15 Year-End Target Fund Totals Summaries (3) |
| 33 | | | | | | 1994-1999 Itemized Local 15 Target Fund Projects |
| 34 | | | 11/7 | | ✓ | Local 15 Executive Board Minutes (Excerpts) |
| 35 | | | 11/7 | | ✓ | Local 15 Meeting Minutes (Excerpts) |
| 36 | | | 11/6/02 | | | 2/18/02 and 2/19/02 Transcripts of Monitored Discussion Between J. Norblom and T. Martin |
| 37 | | | | | | Tapes and Transcripts of Monitored Calls Between M. Vandekamp and J. Norblom |
| 38 | | | | | | Handwritten Summary Sheet for Local 15 Target Fund 1999 Projects |
| 39 | | | | | | Handwritten Sheet from Norblom explaining purpose of payment in Local 15 Check #5022 |
| 40 | | | | | | 3/30/99 Norblom Job File Form for Sophie Biernat Job |
| 41 | | | | | | 3/17/99 Norblom Job File Form for Sophie Biernat Job |
| 42 | | | | | | Norblom Customer Record File for Sophie Biernat—Showing Lost Invoice |

| *Def. Biernat Exh. No.* | *Def. Martin Exh. No.* | *U.S.A. Exh. No.* | *Offered* | *Objection* | *Received* | *Description* |
|---|---|---|---|---|---|---|
| 43 | | | | | | 8/9/01 Norblom Invoice to Sophie Biernat |
| 44 | | | 11/18 | | ✓ | Photos of Sophie Biernat Home |
| 45 | | | 11/18 | ✓ | ✓ | Photos of Sophie Biernat (3 people) |
| 46 A - dishwasher<br>B - sink + washer<br>C - can see microwave | | | 11/6/02 | | ✓ -<br>✓ -<br>✓ - Redacted 11 | Photos of Sophie Biernat's Kitchen |
| 47 | | | 11/18/02 | | ✓ | Photos of J. Biernat Home (one photo) |
| 48 | | | | | | Civil Complaint Against Ventco |
| 49 | | | | | | Civil Settlement with Ventco |
| 50 | | | 11/15 | ✓ | | N. Timmerman Diagnosis and Prescription Form (from Guatemala) |
| 51 | | | 11/18 | | ✓ | J. Biernat Cipro Prescription Bottle |
| 52 | | | 11/18 | ✓ | | PDR entry on Cipro Side Effects |
| 53 | | | | | | Grand Jury Subpoena to Sophie Biernat |
| 54 | | | | | | Grand Jury Subpoena to Jay Heffern |
| 55 | | | | | | Legal Handbook for FBI Agents |
| 56 | | | 11/12 | | ✓ | Photos of HCMC Cafeteria |
| 57 | | | | | | SA Boylan Diagram of 3/7/02 |
| 58 | | | 11/12 | | ✓ | SA Boylan Handwritten Note of 3/7/02 |

| Def. Biernat Exh. No. | Def. Martin Exh. No. | U.S.A. Exh. No. | Offered | Objection | Received | Description |
|---|---|---|---|---|---|---|
| 59 | | | 11/18 | | ✓ | Biernat Telephone Records for March 2002 |
| 60 a | | | 11/12 | | ✓ | Photos of J. Biernat Home (Living Room) (one photo) |
| 61 | | | 11/13 | ✓ | ✓ | Waters Off Declarations of Gov. Carlson and Mayors Coleman & Sayles Belton |
| 62 | | | 11/13 | ✓ | ✓ | 2/7/97 Waters Off Meeting Notice |
| 63 | | | 11/13 | ✓ | ✓ | 2/19/97 J. Tapsack Memo re Waters Off |
| 64 | | | 11/13 | ✓ | ✓ | 1997 Waters Off Client List |
| 65 | | | 11/13 | ✓ | ✓ | Handwritten File Notes re Three Waters Off Clients |
| 66 | | | 11/13 | ✓ | ✓ | Photos of Waters Off Breakfast Meeting (one) |
| 67 | | | | | | U.S. District Court R&R in U.S. v. Erhart |
| 68 | | | | | | U.S. District Court R&R in U.S. v. Sabri |
| 69 | | | | | | U.S. District Court R&R in U.S. v. Czichray |
| 70 | | | | | | U.S. District Court Opinion in U.S. v. Czichray |
| 71 | | | | | | 6/12/95 Employment Reprimand of J. Tapsack |
| 72 | | | | | | 8/27/96 Final Warning to J. Tapsack |
| 73 | | | | | | 3/3/97 Notice of Employment Termination to J. Tapsack |

| *Def. Biernat Exh. No.* | *Def. Martin Exh. No.* | *U.S.A. Exh. No.* | *Offered* | *Objection* | *Received* | *Description* |
|---|---|---|---|---|---|---|
| | | | | | | Termination to J. Tapsack |
| 74 | | | | | | 2/13/98 Letter to J. Campbell re J. Tapsack Employment |
| 75 | | | | | | 8/27/99 Recommendation for J. Tapsack Discharge |
| 76 | | | | | | Settlement & Release re J. Tapsack Employment |
| 77 | | | | | | 10/17/00 Entries from J. Biernat Calendar |
| 78 | | | | | | COPE Committee Agreement to Donate $20,000.00 to DFL Caucus |
| 79 | | | | | | 7/26/00 Letter to T. Martin from T. Pugh requesting donation to DFL Caucus |

Dated: November 4, 2002

Respectfully submitted,

DORSEY & WHITNEY LLP

By [signature]

Jamie M. Symchych #010811X
Kimberly Fuhrman #0301772
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-8800
Attorneys for Defendant JOSEPH P. BIERNAT

AO 187 (Rev. 7/87) Exhibit and Witness

# United States District Court

State and United States — DISTRICT OF — Minnesota

V.

Joseph Biernat

EXHIBIT [redacted] LIST

CASE NUMBER: 02-127 (2)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 80 | 11-6-02 | ✓ | ✓ | 6-29-00 Business record of Norblom Plumbing |
| | 81 | 11-6-02 | ✓ | ✓ | Handwritten invoices to Tom + Pam |
| | 82 | 11-6-02 | ✓ | ✓ | Handwritten invoices to Tom + Pam |
| | 83 | 11-6-02 | ✓ | ✓ | Bid sheet |
| | 87 | 11-6-02 | ✓ | ✓ | Applic. to Board Appointment |
| | 88 | 11-6-02 | ✓ | | Statement |
| | 89 | 11-6-02 | ✓ | | Transcript [redacted] |
| [redacted] | | | | | |
| | 84 | | ✓ | | Computer Printout Records of Norblom Plumbing |
| [redacted] | | | | | |
| | 94 | | ✓ | ✓ | Green Coat |
| | 95 | | ✓ | ✓ | Briefcase (Photo of briefcase) |
| | 96 | 11-12-02 | ✓ | ✓ | Star Tribune (redacted) |
| | 97 | 11-12-02 | ✓ | ✓ | Star Tribune (redacted) July 19, 2001 |
| | 98 | 11-12-02 | ✓ | ✓ | Herron Confession, 2 pgs. (redacted) |
| | 99a/b | 11-12-02 | ✓ | ✓ | Video Player (photos of) |
| | 100 | 11-12-02 | ✓ | ✓ | Video Tape Herron (Money transfer) - redacted |
| | 101 | 11-12-02 | ✓ | ✓ | Video Tape Herron (Zoom-IN) - redacted (3 photos) |
| | 102 | 11-12-02 | ✓ | ✓ | Photo Album of Surveillance Pictures |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness

# United States District Court

State and DISTRICT OF Minnesota

United States

V.

Joseph Biernat

EXHIBIT [redacted] LIST

CASE NUMBER: 02-127(2)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| | | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 103 | 11-12-02 | ✓ | ✓ | 6 Audio Recordings (photos of) |
| | 104 | 11-12-02 | ✓ | ✓ | 2 Audio Recordings (photos of) |
| | 105 | 11-12-02 | ✓ | ✓ | file folder (large) front Cover |
| | 106 | | ✓ | | Pages 69 + 70 of 8-1-02 transcript |
| | 107 | 11-14-02 | ✓ | ✓ | Letter from M. Lawson dated 2-5-98 |
| | 108 | 11-15-02 | ✓ | ✓ | Photo of wall plaque |
| | 109 | 11-18-02 | ✓ | ✓ | List of Invitees (4 Pages) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits returned to counsel for defendant |
| | | | | | Received by: [signature] |
| | | | | | Date: May 21, 2007. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.